IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANA RUBY BRADLEY**                                                                                      **PLAINTIFF**

v.                                    Case No. 4:23-cv-00180-KGB

**WES ALLEN**, *et al.*                                                                                   **DEFENDANTS**

### ORDER

Before the Court is the status of this case. On August 7, 2023, the Court entered an Order directing *pro se* plaintiff Dana Ruby Bradley within 30 days of the entry of the Order either to: (1) pay the $402.00 filing fee in full; or (2) file an amended application to proceed *in forma pauperis* (Dkt. No. 3, at 2). The Court warned Ms. Bradley that failure to comply with the Order could lead to the dismissal of her lawsuit pursuant to Local Rule 5.5(c) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas (*Id.*). For the following reasons, the Court denies the motion (*Id.*). As of the date of this Order, Ms. Bradley has not complied with or otherwise responded to the Court's Order, and the time for doing so has passed. Ms. Bradley's complaint is therefore dismissed without prejudice for failure to prosecute (Dkt. No. 2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of June, 2025.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge